Robert A. Johnson, SBN 155938
Sandra V. Biggs, SBN 175930
ROBERT JOHNSON LAW CORPORATION
34197 Pacific Coast Highway, Suite 100
Dana Point, California 9262
Telephone: (949) 498-4999
Facsimile: (949) 498-4998
Email: robert@robertjohnsonlaw.com

Attorneys for Plaintiffs and Counter-Defendants
Agit Global, Inc. and Tzong In Yeh

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGIT GLOBAL, INC., a Taiwanese corporation; and TZONG IN YEH, also known as John Yeh, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> WHAM-O, INC., a Delaware corporation; and DOES 1 through 10, inclusive, <br><br> Defendants. <br><br> AND RELATED CROSS-ACTION | Case No.: CV09-8133 CAS (JCx) <br><br> **JUDGMENT** <br><br><br> Assigned to: Judge Christina A. Snyder <br><br> Assigned to: Magistrate Jacqueline Chooljian |

   **WHEREAS,** the parties to this action are Plaintiffs and Counter-Defendants AGIT GLOBAL, INC. and TZONG IN YEH ("Plaintiffs") and Defendant and Counter-Claimant WHAM-O, INC. ("Defendant," and collectively with Plaintiffs, the "Parties");

   **WHEREAS**, Plaintiffs own and/or license the rights to several patents in the United States for the making of snow sleds, sliders and layered composite materials;

1    **WHEREAS**, on November 5, 2009, Plaintiffs brought an action against
2    Defendant in this Court alleging patent infringement, among other things;

3    **WHEREAS,** in July 2011, the Parties resolved their dispute and entered
4    into a Settlement Agreement and License Agreement whereby Defendant agreed
5    to make payments over time in the amount of $1,000,000 on the Settlement
6    Agreement and $600,000 on the License Agreement to Plaintiffs;

7    **WHEREAS,** the Parties concurrently entered into a Stipulation for Entry of
8    Judgment (the "Stipulation for Judgment") that provided that judgment would be
9    entered in favor of Plaintiffs against Defendant in the sum of One Million Six
10   Hundred Thousand Dollars and No Cents ($1,600,000), less any payments made
11   by Defendant to Plaintiffs as set forth herein below, if Defendant defaulted its
12   payment obligations under the Settlement Agreement or the License Agreement;

13   **WHEREAS**, in the Stipulation for Judgment, the Parties agreed that any
14   payments made by Defendant to Plaintiffs pursuant to the Settlement Agreement
15   and License Agreement would reduce the amount of the stipulated judgment, and
16   that the affidavit of Plaintiffs, or their attorneys, setting forth any payments made
17   by Defendant and the balance due and owing as of the date of default, would be
18   sufficient to secure the entry of the judgment;

19   **WHEREAS**, as established by the Declaration of Robert A. Johnson filed
20   concurrently herewith, in July 2012, Defendant defaulted in its payment
21   obligations under both Settlement Agreement and License Agreement;

22   **WHEREAS,** as also shown in the Declaration of Robert A. Johnson, in
23   July 2012, Plaintiffs provided proper notice of the defaults to Defendant and
24   Defendant failed to cure the defaults;

25   **WHEREAS,** the Declaration of Robert A. Johnson establishes that, prior to
26   July 2012, Defendant made payments to Plaintiffs totaling One Hundred Forty
27   Five Thousand Four Hundred and Eighty Dollars ($145,480.00) under the
28   Settlement Agreement and the License Agreement;

1    **WHEREAS,** the Declaration of Robert A. Johnson establishes that
2  Defendant, after consideration of the payments that Defendant to Plaintiffs, a total
3  of One Million Four Hundred Fifty Four Thousand Five Hundred and Twenty
4  Dollars ($1,454,520.00) remains due and payable under the Settlement Agreement
5  and the License Agreement; and
6    **WHEREAS**, in the Order of Dismissal in this action, this Court expressly
7  retained jurisdiction of this matter for the purpose of enforcement of the terms of
8  the Settlement Agreement and License Agreement.
9    Pursuant to the foregoing, and for good cause appearing therefore:
10   IT IS HEREBY ORDERED that:
11   1.   Pursuant to the Parties' Stipulation for Entry of Judgment, the Court
12  hereby enters judgment in favor of Plaintiffs against Defendant in the amount of
13  One Million Four Hundred Fifty Four Thousand Five Hundred Twenty Dollars
14  ($1,454,520.00).

16   SO ORDERED this 13th day of August, 2012.

*/s/ Christina A. Snyder*
_____
Christina A. Snyder
United States District Judge