# EXHIBIT A

| ROBERT ARTHUR JOHNSON | | | | | |
|---|---|---|---|---|---|
| ROBERT JOHNSON LAW CORPORATION | | | | | |
| 34197 PACIFIC COAST HIGHWAY SUITE 100 DANA POINT, CA 92629 | | | | | |
| Attorney For: | | | | | |
| TELEPHONE NO.: **(949) 498-4999** | FAX NO. *(Optional):* **(949) 498-4998** | | | | |
| E-MAIL ADDRESS *(Optional):* | | | | | |

**USDC - Central District - Western Division**
STREET ADDRESS: **312 N. Spring St. #G-8**
MAILING ADDRESS:
CITY AND ZIP CODE: **Los Angeles, CA 90012**
BRANCH NAME: **Central District - Western Division**

**PLAINTIFF** *(name each):* **Agit**
**DEFENDANT** *(name each):* **Wham-O**

CASE NUMBER: **CV09-8133**

| PROOF OF SERVICE | HEARING DATE: 4/7/2014 | DAY: | TIME: 10:00 AM | DEPT.: | Ref No. or File No.: Agit/Wham-O |
|---|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND **I SERVED COPIES** OF THE:

Appendix of Exhibits in Support of Plaintiff's Motion to Amend Judgment to Add Wham-O Marketing, Inc. and Wham-O Holding Ltd. as Judgment Debtors; Proposed Order on Motion to Amend Judgment to Add Wham-O Marketing, Inc. and Wham-O Holding Ltd. as Judgment Debtors; Excerpts of Judgment Debtor Examination of Kyle Aguilar and Errata Sheet in Support of Motion to Amend Judgment to Add Wham-O Marketing, Inc. and Wham-O Ltd. as Judgment Debtors; Declaration of Robert A. Johnson in Support of Plaintiff's Agit Global, Inc. and Tzong in Yeh's Motion to Amend Judgment to Add Wham-O Marketing Ltd. as Judgment Debtors; Plaintiff's Memorandum of Points and Authorities in Support of Motion to Amend Judgment to Add Wham-O Marketing, Inc. and Wham-O Holding Ltd. as Judgment Debtors; Plaintiffs Notice of Motion to Amend Judgment to Add Wham-O Marketing, Inc. and Wham-O Holding Ltd. as Judgment Debtors; Request for Judicial Notice

PARTY SERVED: **Wham-O Marketing, Inc.**
PERSON SERVED: **Stephen J. Chazen - Authorized to Accept**
BY LEAVING WITH: **Michelle A. (35yrs; 5'6; 115lbs; Asian; F; Dark) - Person Apparently in Charge**
DATE & TIME OF DELIVERY: **2/13/2014 2:40 PM**
ADDRESS, CITY, AND STATE: Law Office of Stephen J. Chazen
15303 Ventura Blvd., Ste.900
Sherman Oaks, CA 91403

**MANNER OF SERVICE:**

Substituted Service - By leaving the copies with or in the presence of Michelle A. (35yrs; 5'6; 115lbs; Asian; F; Dark) a person at least 18 years of age apparently in charge at the office or usual place of business of the person served. I informed him/her of the general nature of the papers.

Thereafter the copies were mailed to the person served, addressed as shown in above address, by first-class mail, postage prepaid, on February 28, 2014 from Santa Ana. See attached proof of service by mail.

Fee for Service: 101.95
County: LOS ANGELES
Registration No.: 7216
Janney & Janney Attorney Service, Inc.
840 N. Birch St.
Santa Ana, CA 92701
(714) 953-9451

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on: February 18, 2014.

Signature: *Sean Blaydes*
Sean Blaydes

982(a)(23)[New July 1, 1987]

**PROOF OF SERVICE**

Order#: OC4021308591/General

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) | | FOR COURT USE ONLY |
|---|---|---|
| ROBERT ARTHUR JOHNSON   SBN: 155938<br>ROBERT JOHNSON LAW CORPORATION<br>34197 PACIFIC COAST HIGHWAY SUITE 100 DANA POINT, CA 92629 | | |
| TELEPHONE NO.: (949) 498-4999   FAX NO.(Optional): (949) 498-4998<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): : | | |

USDC - Central District - Western Division
STREET ADDRESS: 312 N. Spring St. #G-8
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Central District - Western Division

PLAINTIFF/PETITIONER: Agit

DEFENDANT/RESPONDENT: Wham-O

CASE NUMBER: CV09-8133

**PROOF OF SERVICE BY MAIL**

Ref. No. or File No.: Agit/Wham-O

---

I am a citizen of the United States and employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 840 N. Birch St., Santa Ana, CA 92701.

On February 28, 2014, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

Appendix of Exhibits in Support of Plaintiff's Motion to Amend Judgment to Add Wham-O Marketing, Inc. and Wham-O Holding Ltd. as Judgment Debtors; Proposed Order on Motion to Amend Judgment to Add Wham-O Marketing, Inc. and Wham-O Holding Ltd. as Judgment Debtors; Excerpts of Judgment Debtor Examination of Kyle Aguilar and Errata Sheet in Support of Motion to Amend Judgment to Add Wham-O Marketing, Inc. and Wham-O Ltd. as Judgment Debtors; Declaration of Robert A. Johnson in Support of Plaintiff's Agit Global, Inc. and Tzong in Yeh's Motion to Amend Judgment to Add Wham-O Marketing Ltd. as Judgment Debtors; Plaintiff's Memorandum of Points and Authorities in Support of Motion to Amend Judgment to Add Wham-O Marketing, Inc. and Wham-O Holding Ltd. as Judgment Debtors; Plaintiffs Notice of Motion to Amend Judgment to Add Wham-O Marketing, Inc. and Wham-O Holding Ltd. as Judgment Debtors; Request for Judicial Notice

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Santa Ana, California, addressed as follows:

Wham-O Marketing, Inc.
ATTENTION: Stephen J. Chazen - Authorized to Accept
15303 Ventura Blvd. Suite 900
Sherman Oaks, CA 91403

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at Santa Ana, California in the ordinary course of business.

Fee for Service: 101.95

Janney and Janney Attorney Service, Inc.
840 North Birch Street
Santa Ana, CA 92701
(714) 953-9451

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on February 28, 2014

Signature: _____
Heather Yarnail

**PROOF OF SERVICE BY MAIL**

Order#: OC4021308591/mailproof