# EXHIBIT B

| | |
|---|---|
| ROBERT ARTHUR JOHNSON                SBN: 155938<br>ROBERT JOHNSON LAW CORPORATION<br>34197 PACIFIC COAST HIGHWAY  SUITE 100 DANA POINT, CA 92629<br>Attorney For:<br>TELEPHONE NO.: **(949) 498-4999**       FAX NO. *(Optional):* **(949) 498-4998**<br>E-MAIL ADDRESS *(Optional):* | FOR COURT USE ONLY |

| |
|---|
| **USDC - Central District - Western Division**<br>STREET ADDRESS: **312 N. Spring St. #G-8**<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: **Los Angeles, CA 90012**<br>BRANCH NAME: **Central District - Western Division** |

| | |
|---|---|
| PLAINTIFF *(name each)*: **Agit** | |
| DEFENDANT *(name each)*: **Wham-O** | CASE NUMBER:<br>**CV09-8133** |

| | | | | |
|---|---|---|---|---|
| **PROOF OF HAND DELIVERY** | HEARING DATE:<br>**4/7/2014** | TIME:<br>**10:00 AM** | DEPT.: | Ref No. or File No.:<br>**Agit/Wham-O** |

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND **I SERVED COPIES** OF THE:

See attachment page for document list.

DELIVERED TO:        **Wham-O Marketing, Inc.**

AUTHORIZED AGENT:    **Evelyn Hinojoza - Authorized to Accept per CCP 1011**

DATE & TIME OF DELIVERY:    **2/13/2014**
                            **3:06 PM**

ADDRESS, CITY, AND STATE:   **Clark & Trevithick**
                            **800 Wilshire Blvd. 12th Floor**
                            **Los Angeles, CA 90017**

MANNER OF SERVICE:
**Delivery to Law Office:** Service was made by delivery to the attorney's office; or by leaving the document(s) with his clerk over the age of 18 therein; or with a person having charge thereof; or if there was no such person in the office, by leaving them between the hours of nine in the morning and five in the afternoon, in a conspicuous place in the office. [CCP 1011(a)]

Fee for Service: 95.00
County: LOS ANGELES
Registration No.: 6089
Janney & Janney Attorney Service, Inc.
840 N. Birch St.
Santa Ana, CA 92701
(714) 953-9451

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on: February 14, 2014.

Signature: *Vincent Avila*
Vincent E. Avila

**PROOF OF HAND DELIVERY**

982(a)(23)[New July 1, 1987]                                                                        Order#: OC4021309040/CCP1011

Janney & Janney Attorney Service, Inc.
840 N. Birch St.
Santa Ana, CA 92701
Phone: 7149539451   Fax: 7148367360

Continued from Proof of Service

**CLIENT:** ROBERT JOHNSON LAW CORPORATION
**CLIENT FILE #:** Agit/Wham-O                              **DATE:** February 14, 2014
**SUBJECT:** Wham-O Marketing, Inc.

**Documents:**

Appendix of Exhibits in Support of Plaintiff's Motion to Amend Judgment to Add Wham-O Marketing, Inc. and Wham-O Holding Ltd. as Judgment Debtors; Proposed Order on Motion to Amend Judgment to Add Wham-O Marketing, Inc. and Wham-O Holding Ltd. as Judgment Debtors; Excerpts of Judgment Debtor Examination of Kyle Aguilar and Errata Sheet in Support of Motion to Amend Judgment to Add Wham-O Marketing, Inc. and Wham-O Ltd. as Judgment Debtors; Declaration of Robert A. Johnson in Support of Plaintiff's Agit Global, Inc. and Tzong in Yeh's Motion to Amend Judgment to Add Wham-O Marketing Ltd. as Judgment Debtors; Plaintiff's Memorandum of Points and Authorities in Support of Motion to Amend Judgment to Add Wham-O Marketing, Inc. and Wham-O Holding Ltd. as Judgment Debtors; Plaintiffs Notice of Motion to Amend Judgment to Add Wham-O Marketing, Inc. and Wham-O Holding Ltd. as Judgment Debtors; Request for Judicial Notice



Janney & Janney
attorney service, inc.

Order#: OC4021309040/DocAtt2010