Robert A. Johnson, SBN 155938
Robert D. Rowlett, SBN 176661 (Of Counsel)
Andrew C. Callari, SBN 159003 (Of Counsel)
ROBERT JOHNSON LAW CORPORATION
34197 Pacific Coast Hwy., Suite 100
Dana Point, California 92629
Telephone: (949) 498-4999
Facsimile: (949) 498-4998
Email: robert@robertjohnsonlaw.com

Attorneys for Plaintiffs and Counter-Defendants
Agit Global, Inc. and Tzong In Yeh

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGIT GLOBAL, INC., a Taiwanese corporation; and TZONG IN YEH, also known as John Yeh, an individual,<br><br>   Plaintiffs,<br><br>   v.<br><br>WHAM-O, INC., a Delaware corporation; WHAM-O MARKETING, INC., a Delaware corporation; WHAM-O HOLDING LIMITED, a Hong Kong limited company; and DOES 1 through 10, inclusive,<br><br>   Defendants. | Case No.:  CV09-8133 CAS (JCx)<br><br>[~~PROPOSED~~] AMENDED JUDGMENT<br><br><br>Assigned to: Judge Christina A. Snyder<br>Assigned to: Magistrate Jacqueline Chooljian |

AND RELATED CROSS-ACTION

---

[PROPOSED] AMENDED JUDGMENT                           Agit Global, Inc. et al. v. Wham-O, Inc.
                                                     Case No. CV09-8133 CAS (JCx)

1

1
2    **WHEREAS,** the original parties to this action are Plaintiffs and Counter-
3    Defendants AGIT GLOBAL, INC. and TZONG IN YEH (collectively
4    "PLAINTIFFS") and Defendant and Counter-Claimant WHAM-O, INC., a
5    Delaware corporation ("WHAM-O");
6    **WHEREAS**, on August 13, 2012, the original Judgment was entered by the
7    Court in this Action (the "Original Judgment") in the amount of One Million Four
8    Hundred Fifty Four Thousand Five Hundred and Twenty Dollars ($1,454,520.00)
9    in favor of PLAINTIFFS against WHAM-O;
10   **WHEREAS**, on February 11, 2014, PLAINTIFFS filed a Motion to Amend
11   the Original Judgment to add WHAM-O MARKETING, INC., a Delaware
12   corporation ("MARKETING"), and WHAM-O HOLDING LIMITED, a Hong
13   Kong limited company ("HOLDING"), as additional judgment debtors to the
14   Judgment and to add attorney's fees, costs and interest to the Original Judgment;
15   **WHEREAS**, on April 7, 2014, the Court granted PLAINTIFFS' Motion to
16   Amend the Original Judgment as detailed in the Court's Minute Order of the same
17   date granting PLAINTIFFS' Motion;
18   **WHEREAS,** PLAINTIFFS established in their Motion to Amend, and this
19   Court found, that WHAM-O fraudulently transferred all of its assets to
20   MARKETING and HOLDING;
21   **WHEREAS,** PLAINTIFFS established in their Motion to Amend, and this
22   Court found, that it is proper to add MARKETING and HOLDING as additional
23   judgment debtors to the Original Judgment pursuant to Federal Rule 69 and
24   California Code of Civil Procedure section 187;
25   **WHEREAS**, PLAINTIFFS established in their Motion to Amend, and this
26   Court found, that it is proper to add attorney's fees in the amount of One Hundred
27   Three Thousand Seven Dollars and Twenty-Five Cents ($103,007.25), costs in the
28   amount of Nine Thousand Four Hundred Ninety Seven Dollars and Zero Cents

1  ($9,497.00), and interest in the amount of Two Hundred Seventeen Thousand Five
2  Hundred Eighty Dollars and Twenty Five Cents ($217,580.25) to the Original
3  Judgment; and

4  **WHEREAS,** as result of the attorney's fees, costs and interest added to the
5  Original Judgment, the amount of this amended judgment against WHAM-O,
6  MARKETING and HOLDING now will be One Million Seven Hundred Eighty
7  Four Thousand Six Hundred and Five Dollars and Forty Cents ($1,784,605.40).

8  Therefore, the Court ORDERS that the Original Judgment entered in this
9  action is hereby amended and an AMENDED JUDGMENT is hereby entered
10 against WHAM-O, MARKETING and HOLDING as follows:

11 1. Judgment is hereby entered in favor of PLAINTIFFS against
12 WHAM-O, INC., a Delaware corporation, WHAM-O MARKETING, INC., a
13 Delaware corporation, and WHAM-O HOLDING LIMITED, a Hong Kong
14 limited company, and each of them, jointly and severally, in the amount of One
15 Million Seven Hundred Eighty Four Thousand Six Hundred and Five Dollars and
16 Forty Cents ($1,784,605.40).

17 SO ORDERED this _19 th_ day of May, 2014.

18
19                        By   *Christina A. Snyder*
20                              Hon. Christina A. Snyder
                                 United States District Court Judge

21
22
23
24
25
26
27
28